```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500031561
Cashier ID: krose
Transaction Date: 04/01/2013
Payer Name: Clifford Magee
---------------------------------
CIVIL FILING FEE
 For: Clifford Magee
 Case/Party: D-OKW-5-13-CV-000282-001
 Amount:        $350.00
---------------------------------
CREDIT CARD
 Amt Tendered: $350.00
---------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

Filing fee for CIV-13-282-R

Mansfield Heliflight Inc v Grizzley


Return check fee $53
```