# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MANSFIELD HELIFLIGHT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1. GRIZZLY HELO LEASING, LLC, )<br>2. WYPT HOLDING COMPANY )<br>3. STUART FREDERICK HALL )<br>)<br>Defendants. ) | Case No. CIV-13-282-R |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants.

I certify that I am admitted to practice in this Court and registered with this Court's Electronic Case Filing System.

DATED this 29th day of April, 2013.

*/s/ Bradley K. Donnell*
BRADLEY K. DONNELL, OBA #15922
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103
405/235-9621; 405/235-0439 (FAX)
brad.donnell@mcafeetaft.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on 29th day of April, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Clifford R. Magee, Esq.
MAGEE LAW, L.L.C.
PO Box 701800
Tulsa, OK 74170
918/747-1747; 800/747-4953 (FAX)
cliff@7471747.com
*Attorney for Plaintiff*

                           */s/ Bradley K. Donnell*
                           BRADLEY K. DONNELL