IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MANSFIELD HELIFLIGHT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-282-R ) JURY TRIAL DEMANDED ) |
| 1. GRIZZLY HELO LEASING, LLC, 2. WYPT HOLDING COMPANY 3. STUART FREDERICK HALL | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Motion for Admission Pro Hac Vice (Docket #7), filed by Bradley K. Donnell, requesting the admission of David V. Denny *pro hac vice*. Upon review of the motion, the Court hereby GRANTS the Motion for Admission Pro Hac Vice; David V. Denny is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Defendants, provided he submits an ECF registration form and files an entry of appearance, consistent with LCvR 83.4

IT IS SO ORDERED THIS 30th day of April, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE