IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL
IN CHAMBERS - ROOM 3309

TUESDAY - JULY 2, 2013

NOTICE TO ALL COUNSEL:  The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no later than June 27, 2013.   For good cause shown, out of town counsel may appear by telephone with prior permission from the Court by calling Nancy Stark, Courtroom Deputy for Judge Russell at 405/609-5102 and no objection from opposing counsel.

9:30 A. M.

| CIV-13-282-R | Mansfield Heliflight Inc. | Clifford Magee |
|---|---|---|
| | v. | |
| | Grizzly Helo Leasing LLC et al | Bradley Donnell |

9:45 A. M.

| CIV-13-506-R | Ranjini Matthews | Bryan Garrett |
|---|---|---|
| | | Gary Bachman |
| | v. | Stephen Bachman |
| | Clarke Road Transport USA Inc., et al | Drew Lagow |
| | | Steven Holden |

<u>10:00 A. M.</u>

CIV-12-669-R        Linda G. Rodriguez-Warren              Robert Wagner

                              v.

                         Oklahoma City County Health Dept., et al    Melvin Hall