## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) MANSFIELD HELIFLIGHT, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No.: CIV-13-282-R |
| | ) | |
| 1) GRIZZLY HELO LEASING, LLC, | ) | Judge:  David Russell |
| 2) WYPT HOLDING COMPANY, | ) | |
| 3) STUART FREDERICK HALL, | ) | |
| | ) | |
| Defendant(s). | ) | |

## JOINT MOTION TO CONTINUE
## STATUS/SCHEDULING CONFERENCE

The Parties, Mansfield Heliflight, Inc. ("Mansfield") and Grizzly Helo Leasing, LLC et al ("Grizzly") (collectively, the "Parties") by and through the undersigned counsel respectfully file this Motion requesting that the Court continue the Joint Status/Scheduling Conference currently set in this matter for Tuesday, July 2, 2013 at 9:30 a.m.  In support of their Joint Motion, the Parties would show the Court as follows:

1.      On May 17, 2013, this Court issued its Status/Scheduling Conference docket setting the referenced matter for a Status/Scheduling Conference on July 2, 2013, at 9:30 a.m. (Dkt. No. 12).

2.      The docket requires the Parties to file a Joint Status/Scheduling Conference Report and Discovery Plan no later than June 27, 2013 (See Dkt. No. 12).

3.      Recently, the Parties have agreed in principal to settlement terms and the attorneys have approved the text of the settlement documents as to the form.  The Parties

are in the process of obtaining original signatures and determining when the settlement can be consummated (with consideration and original signatures exchanged).

4.      However, because the settlement has not been completely consummated, no Stipulation for Dismissal has been filed with this Court.  Therefore, in order to save the Court, the Parties, and the attorneys the time and expense of preparing a Joint Status/Scheduling Conference Report and attending a Joint Status/Scheduling Conference, the Parties respectfully request this Court to continue the Status/Scheduling Conference so the Parties can consummate and document the settlement.

5.      The Parties respectfully request that the Court continue the Joint Status/Scheduling Conference sixty (60) days for the settlement process and documentation to occur.

WHEREFORE, the Parties respectfully request that this Court continue the Joint Status/Scheduling Conference sixty (60) days.

Respectfully submitted,


/s/ Bradley K. Donnell
BRADLEY K. DONNELL, OBA #15922
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Bradley.donnell@mcafeetaft.com

and

2

11775455_1

Charles H. Smith – Lead Attorney
(to be admitted *pro hac vice*)
State Bar No. 18550500
Email: chsmith@smith-moore.com
David Denny
(to be admitted *pro hac vice*)
State Bar No. 00787354
Email: ddenny@smith-moore.com
SMITH & MOORE, PLLC
3030 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201
(214) 740-4200
(214) 740-4242 – Telecopier
*Attorneys for Defendant Grizzly Helo Leasing, LLC*

and

*/s/ Clifford R. Magee (with permission)*
Clifford R. Magee, Esq.
MAGEE LAW, L.L.C.
PO Box 701800
Tulsa, OK 74170
918/747-1747; 800/747-4953 (FAX)
cliff@7471747.com
*Attorney for Plaintiff*

11775455_1