IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) MANSFIELD HELIFLIGHT, INC. )<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>1) GRIZZLY HELO LEASING, LLC, )<br>2) WYPT HOLDING COMPANY, )<br>3) STUART FREDERICK HALL, )<br>)<br>Defendant(s). ) | Case No.: CIV-13-282-R<br><br>Judge: David Russell |

## **ORDER**

The Court, having reviewed the Joint Motion to Continue Joint Status/Scheduling Conference in this matter and for good cause orders as follows:

The Joint Status/Scheduling Conference currently set in this matter for July 2, 2013 at 9:30 a.m. shall be continued sixty (60) days. The Court will issue another Joint Status/Scheduling Conference docket which will instruct the Parties when they shall submit their Joint Status/Scheduling Report and Discovery Plan and which will set a new date for the Joint Status/Scheduling Conference.

IT IS SO ORDERED THIS 25th day of June, 2013

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

11773093_1.doc