IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) MANSFIELD HELIFLIGHT, INC. | )<br>)<br>) |
| Plaintiff(s), | ) <br>) |
| v. | ) Case No.: CIV-13-282-R <br>) |
| 1) GRIZZLY HELO LEASING, LLC,<br>2) WYPT HOLDING COMPANY,<br>3) STUART FREDERICK HALL, | ) Judge: David Russell<br>)<br>)<br>) |
| Defendant(s). | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff Mansfield Heliflight, Inc. and Defendants Grizzly Helo Leasing, LLC, WYPT Holding Company, and Stuart Frederick Hall and stipulate, pursuant to Federal Rule of Civil Procedure 41, to a dismissal of all claims against all Defendants with prejudice to re-filing. Each party is to bear its own costs and fees.

Respectfully submitted,

*/s/ Clifford R. Magee*
CLIFFORD R. MAGEE, OBA #12757
(*Signed by Bradley K. Donnell with Permission*)
MAGEE LAW, LLC
PO Box 701800
Tulsa, OK 74170
918-747-1747
800-747-4953 (FAX)
cliff@7471747.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Bradley K. Donnell*
BRADLEY K. DONNELL, OBA #15922
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Brad.donnell@mcafeetaft.com

and

|  |  |
|---|---|
| OF COUNSEL: | Charles H. Smith – Lead Attorney <br> (admitted *pro hac vice*) <br> Texas State Bar No. 18550500 <br> Email: chsmith@smith-moore.com <br> David Denny <br> (admitted *pro hac vice*) <br> Texas State Bar No. 00787354 <br> Email: ddenny@smith-moore.com |
| SMITH & MOORE, PLLC <br> 3030 Lincoln Plaza <br> 500 N. Akard Street <br> Dallas, Texas 75201 <br> (214) 740-4200 <br> (214) 740-4242 – Telecopier | 3030 Lincoln Plaza <br> 500 N. Akard Street <br> Dallas, Texas 75201 <br> (214) 740-4200 <br> (214) 740-4242 – Telecopier <br> **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on 31st day of July, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

> CLIFFORD R. MAGEE, OBA #12757
> MAGEE LAW, LLC
> PO Box 701800
> Tulsa, OK 74170
> 918-747-1747
> 800-747-4953 (FAX)
> cliff@7471747.com
> **ATTORNEY FOR PLAINTIFF**

>                                    */s/ Bradley K. Donnell*
>                                    BRADLEY K. DONNELL